

BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   CASE NO.: 1:13 CR 00036-LJO SKO
                           )
            Plaintiff,     )   EX PARTE MOTION TO SEAL
                           )   INDICTMENT PURSUANT TO
      v.                   )   RULE 6(e), FEDERAL RULES OF
                           )   CRIMINAL PROCEDURE;
HOANG MINH NGUYEN,         )   ORDER TO SEAL
   aka Tommy Nguyen,       )
DUNG HANH DAO,             )
   aka Yuna Dao, and       )
NGA THIEN NGUYEN,          )
                           )
            Defendants.    )
_____)

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 31, 2013, charging violations of 18 U.S.C. § 371 (Conspiracy to Defraud the United States, Commit Mail Fraud and Structure), 18 U.S.C. § 1341 (Mail Fraud), 31 U.S.C. §§ 5324(a)(1) and (a)(3), 18 U.S.C. § 1956(h) and 18 U.S.C. § 1957 (Money Laundering), be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no

person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: January 31, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Grant B. Rabenn
GRANT B. RABENN
Assistant U.S. Attorney

IT IS SO ORDERED this 31 day of January, 2013

_____
UNITED STATES MAGISTRATE JUDGE

2