

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CR-00036-LJO-SKO |
| Plaintiff, ) | |
| v. ) | ORDER STAYING DEFENDANTS' PRE-TRIAL ORDER OF RELEASE DURING PENDENCY OF, GOVERNMENT'S MOTION TO REVOKE PRE-TRIAL ORDER OF RELEASE PURSUANT TO 18 U.S.C. 3145(a) |
| HOANG MINH NGUYEN, and DUNG HANH DAO, ) | |
| Defendant. ) | |

BASED UPON the motion to revoke the pre-trial order of release of defendants HOANG MINH NGUYEN and DUNG HANH DAO and to stay the order of release during the pendency of its motion pursuant to 18 U.S:C. § 3145(a), dated February 13, 2013, this Court having original juridiction over the offenses charged by Indictment in this case, and good cause appearing,

IT IS HEREBY ORDERED that the pre-trial order of defendants HOANG MINH NGUYEN and DUNG HANH DAO's release on the posting of secured bonds IS HEREBY STAYED.

IT IS FURTHER ORDERED that the defendants HOANG MINH NGUYEN and DUNG HANH DAO will remain in United States Marshal's custody during the pendency of the government's motion and until further Order of the Court; and

IT IS FURTHER ORDERED that the hearing on this motion will be held on 19th date of February, 2013, at 1:15 p.m. before this Court, Courtroom No. 4, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated this 13 day of February, 2013.

HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

8