1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  HOANG MINH NGUYEN

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              )  NO. 1:13-cr-0036 LJO-SKO
                                            )
12 |            *Plaintiff,*                )  ORDER AUTHORIZING RELEASE OF
                                            )  PRETRIAL SERVICES REPORT
13 |     v.                                 )
                                            )
14 | HOANG MINH NGUYEN,                     )
                                            )
15 |            *Defendant.*                )  Judge: Hon. Lawrence J. O'Neill
                                            )
16 | _____)

17

18      GOOD CAUSE APPEARING, based on the filing of a Ninth Circuit appeal of the detention order

19 by the defendant, it is hereby ordered that the Pretrial Services Office for the United States District Court

20 for the Eastern District of California provide copies of the Pretrial Services Report regarding Hoang Minh

21 Nguyen and any supplemental reports which were presented to the United States District Judge Lawrence

22 J. O'Neill and that said reports be provided to the Clerk of the Court for inclusion in the record on appeal

23 to be transmitted to the Court of Appeals for the Ninth Circuit for its consideration.

24 ///

25 ///

26 ///

27 ///

28 ///

1  FURTHER, that after said consideration by the United States Court of Appeals for the Ninth
2  Circuit, said reports are to be returned to the files of the Pretrial Services Office for the Eastern District of
3  California and maintained therein and are not to be kept in any other court file.
4  IT IS SO ORDERED.

6  Dated: March 6, 2013

   __/s/ Lawrence J. O'Neill_____
   LAWRENCE J. O'NEILL
   United States District Court Judge