1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:13-CR-00036 LJO

12                    Plaintiff,            STIPULATION AND ORDER TO VACATE
                                            MOTIONS SCHEDULE
13              v.

14  HOANG MINH NGUYEN and
    DUNG HANH DAO
15                    Defendant.

16

17

18  **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, Grant B. Rabenn, counsel for the United States, Daniel L. Harralson, counsel for defendant

20  Hoang Minh Nguyen, and Nick Reyes, counsel for defendant Dung Hanh Dao, that the suppression

21  motion schedule and suppression hearing scheduled for December 2, 2013 be vacated because of

22  ongoing plea negotiations.

23  ///

24  ///

25  ///

26  ///

27  ///

28

    Stipulation and Order                  1

Dated:  October 28, 2013                              BENJAMIN B. WAGNER
                                                      United States Attorney


                                                      */s/ Grant B. Rabenn*
                                                      GRANT B. RABENN
                                                      Assistant United States Attorney



                                                      */s/ Daniel L. Harralson*
                                                      DANIEL L. HARRALSON
                                                      Attorney for Defendant
                                                      Hoang Minh Nguyen


                                                      */s/ Nicholas F. Reyes*
                                                      NICHOLAS F. REYES
                                                      Attorney for Defendant
                                                      Dung Hanh Dao


**ORDER**

SUPPRESSION MOTION SCHEDULE AND HEARING DATE BE VACATED.


IT IS SO ORDERED.

   Dated:   **October 29, 2013**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

Stipulation and Order                   2