BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00036-LJO |
|---|---|
| Plaintiff, | **AMENDED FINAL ORDER OF FORFEITURE** |
| v. | |
| HOANG MINH NGUYEN, | |
| Defendant. | |

WHEREAS, on April 9, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461, based upon the plea agreement entered into between plaintiff and defendant Hoang Minh Nguyen, forfeiting to the United States the following property:

    a)    Real Property located at 565 Ashwood Lane, Patterson, California, Lot 43, as shown on that certain Map of Tract Wilding Ranch Unit 1, which Map was filed for Record in the Office of the Recorder of the County of Stanislaus, State of California on March 26, 2004, in Book 41 of Maps, Page(s) 61.
APN: 047-056-001

    b)    All funds in Wells Fargo Bank Account 6298633709, account held in the name of Hoang Nguyen and Dung Dao;

    c)    All funds in Wells Fargo Bank Account 7555004170, account held in the name of Hoang Nguyen and Dung Dao;

    d)    All funds in CitiBank Account 40016078665, account held in the name of Hoang Nguyen and Dung Dao;

    e)    All funds in CitiBank Account 4002791239, account held in the name of Hoang Nguyen and Dung Dao;

    f)    All funds in CitiBank Account 40032456978, account held in the name of NGA Thien Nguyen;

    g)    All funds in CitiBank Account 40032457000, account held in the name of NGA Thien Nguyen;

    h)    All funds in PayPal account 117830375874600733, account registered to Tommy Nguyen, Fashion4us, Fashionblast;

    i)    All funds in Ipayment Account 4223-6941-0004-5808, account Registered to Tommy Nguyen, One Dream Wholesale; and

    j)    All funds in Wells Fargo Account 1485084741, account held in the name of Dung Hanh Dao and NGA Thien Nguyen.

AND WHEREAS, beginning on June 5, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461, to be disposed of according to law, including all right, title, and interest of Hoang Minh Nguyen.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over

///

Amended Final Order of Forfeiture    2

1  the subject property until it is disposed of according to law.

2

3

4  IT IS SO ORDERED.

5     Dated:   **November 4, 2014**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amended Final Order of Forfeiture                    3