NICHOLAS F. REYES, SBN #102114
Law Offices of Nicholas F. Reyes
1107 "R" Street
Fresno, CA 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533

Attorneys for Defendants
DUNG HANH DAO and HOANG MINH NGUYEN

FILED
JUN 15 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13 CR 00036 LJO |
|---|---|
| Plaintiff, | ORDER TO RETURN SEIZED PROPERTY |
| v. | |
| DUNG HANH DAO and HOANG MINH NGUYEN, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the following items shall be returned to Defendants, Dunh Hanh Dao, ("Defendant") and Hoang Minh Nguyen by and through counsel Nicholas F. Reyes, forthwith:

    1.    Three (3) desk top computers;

        A.    A black custom mid tower manufactured by Antec with identifying stickers "Powered by EVGA", "Powered by Seasonic" "Gigabyte Powered", and "G Skill".

        B.    A black custom desktop mid tower with 19 front hdd removable caddies.

        C.    Desk top computer

    2.    Eight (8) Internal hard drives

    3.    Five (5) Thumb drives

1  4.  Four (4) Cell phones
2  5.  Seven (7) miscellaneous apparel/merchandise
3  6.  Twenty-five (25) pairs of shoes
4  7.  Two (2) purses
5  8.  Sixty-three (63) clothes pieces
6  9.  Two (2) gold wedding rings
7  10. One (1) box
8  11. Six (6) Passports (current and expired)
9      1. Nhan Than Dao (******031) - Return to owner *only, upon proper i.d.*
10     2. Dung Hanh Dao (******221) - Return
11     3. Jam James Manibog (******271) - Return to owner *only, upon proper i.d.*
12     4. Minh Hoang Nguyen (******318) - Return
13     5. Minh Hoang Nguyen (*****808) - Return
14     6. Hoang Minh Nguyen (******460) - Return
15 12. U.S. Currency in the amount of $6,812.00 (Six Thousand Eight
16 Hundred Twelve U.S. Dollars)

**IT IS SO ORDERED.**             **U.S. DISTRICT COURT JUDGE**

Dated: June 15, 2015

_____
The Honorable Judge Lawrence O'Neil